IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| LORENZO FOREHAND, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 5:18-CV-230 (MTT) |
| | ) |
| CHAPLAIN MICHAEL SAPP, *et al.*, | ) |
| | ) |
| Defendant. | ) |

# ORDER

United States Magistrate Judge Charles H. Weigle has conducted a preliminary screening as required by 28 U.S.C. § 1915A. Doc. 16. The Plaintiff brings this suit as a prisoner *pro se* under 42 U.S.C. § 1983, alleging that Defendant Sapp prevented him from observing the Nation of Islam's December Fast, in violation of the First Amendment, the Religious Land Use and Institutionalized Persons Act, and the Equal Protection Clause of the Fourteenth Amendment. Doc. 5 at 4-5. The Plaintiff also asserts claims concerning his inability to celebrate the December Fast against Johnson, the prison's warden; Chaney, a deputy warden; and Burse, an employee of the Georgia Department of Corrections. The Magistrate Judge has ordered all of those claims to proceed for further factual development. Doc. 16 at 1.

Additionally, the Magistrate Judge recommends that the Plaintiff's motion to remand (Doc. 4) be denied and that the Plaintiff's motion to amend (Doc. 11) be denied. Doc. 16 at 16. The Magistrate Judge points out that the motion to amend is futile, both because it fails to state a claim and because any claims it did state would be barred for

failure to exhaust. *Id.* at 12-15. The Plaintiff has not objected to this Recommendation, but in fact agrees with it and requests the Court to deny those motions. Doc. 17-1 at 3-4. Having reviewed the Recommendation, the Court accepts the findings, conclusions, and recommendations of the Magistrate Judge. The Recommendation (Doc. 16) is **ADOPTED** and made the order of this Court. Accordingly, the Plaintiff's motion to remand (Doc. 4) is **DENIED**, and the Plaintiff's motion to amend (Doc. 11) is **DENIED**.

**SO ORDERED**, this 26th day of October, 2018.

<u>S/ Marc T. Treadwell</u>
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT